UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BUEHLER FOODS, INC., | ) Case No. 05-70961-BHL-11 |
| | ) (Jointly Administered) |
| Debtor. | ) |
| _____ | ) |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING
DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION
DATED FEBRUARY 15, 2006; (B) OCCURRENCE OF
EFFECTIVE DATE; AND (C) BAR DATE FOR REJECTION CLAIMS**

1.      **Confirmation of the Plan**.  On March 29, 2006, the United States Bankruptcy Court for the Southern District of Indiana, Evansville Division (the "Bankruptcy Court") entered an order (the "Confirmation Order") confirming the Debtor's First Amended Plan Of Reorganization Dated February 15, 2006 (the "Plan") in the Chapter 11 Case of Buehler Foods, Inc. (the "Debtor") (CM/ECF Docket No. 1207).  You may obtain a copy of the Plan from the Bankruptcy Court's website at www.insb.uscourts.gov utilizing the CM/ECF system or by contacting counsel for the Debtor.

2.      **Notice of Effective Date**.  The Effective Date under the Plan and the Confirmation Order is April 9, 2006.

3.      **Rejection Damages Bar Date**.  Claims for damages arising from the rejection of executory contracts and unexpired leases pursuant to the Plan must be filed on or before April 20, 2006.

DATED:    March 31, 2006            BUEHLER FOODS, INC.,
                                    Debtor,


                                    By:    /s/ Jeffrey J. Graham
                                        Jeffrey J. Graham, One Of Its Counsel

Jerald I. Ancel
Paul T. Deignan
Michael P. O'Neil
Jeffrey J. Graham
Sommer Barnard PC
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone:  (317) 713-3500
Facsimile: (317) 713-3699

**344526**